■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RODRIGUEZ, Also Known as ANTHONY ORTEGA, Appellant. [714 NYS2d 440] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered September 29, 1997, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree and criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 3 to 6 years, unanimously affirmed.

Defendant's claim that he was improperly sentenced as a second felony offender on the basis of a New Hampshire predicate conviction under a statute that is allegedly broader than New York's analogous statutes is a claim requiring preservation (*People v Smith*, 73 NY2d 961), and such claim was expressly waived. In any event, defendant's argument is identical to arguments that have been repeatedly rejected by this Court (*see, e.g., People v Roach*, 255 AD2d 164, *lv denied* 92 NY2d 1053). Concur—Rosenberger, J. P., Williams, Wallach, Saxe and Buckley, JJ.